

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00049-CV

**IN THE INTEREST OF S.R.F.** and S.W.F., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00061
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, Father's appeal is DISMISSED AS MOOT, and the judgment is AFFIRMED. Costs are taxed against appellants. *See* TEX. R. APP. P. 43.4.

SIGNED August 25, 2021.

_____
Lori I. Valenzuela, Justice